Charles A. Satterly, Appellant, v. Edward E. Dewick and Others, Respondents. — Motion denied. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Tilly Schnurr, Appellant, v. Alexander Quinn, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Michael L. Smith, Respondent, v. Long Island Railroad Company, Appellant. — Motion denied, without costs. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Rubin Tashman, Respondent, v. Sarah Sheruski, Appellant.— Motion granted, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

Aaron Zelenko, Respondent, v. Pincus Schacher, Appellant.— Motion denied on condition that the appellant perfect his appeal, place the cause at the foot of the present calendar and be ready for argument when reached; otherwise motion granted, with ten dollars costs. Present — Woodward, Jenks, Gaynor, Burr and Rich, JJ.

William B. Anderson, as Ancillary Administrator of the Estate of Mary Elizabeth Purkess, Deceased, Respondent, v. John C. Fry and William H. Fry, as Executors, etc., of John C. Fry, Deceased, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

A. B. Barr & Company, Respondent, v. Pierre D. Dumont, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Thomas H. Beeckman, Respondent, v. Anna Herring, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Joseph L. Bergen, Respondent, v. George N. Seger, Appellant, Impleaded with Theodore Gross, Defendant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Mary C. Bogart, as Administratrix, etc., of John Bogart, Deceased, Appellant, v. The City of New York, Respondent.— Order reversed on argument, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Woodward, Jenks, Gaynor, Burr and Rich, JJ., concurred.

James H. Bolton, Respondent, v. Tillie J. Bolton, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Burr, JJ., concurred.

Charles B. Brown, Appellant, v. Paul A. English and Others, Respondents.— Order affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Buckley, Woodhull & Burns, Incorporated, Appellant, v. George Tonkonogy, Respondent, Impleaded with Abraham Fuchs and Others.— Interlocutory judgment affirmed, with costs, with leave to plead over on payment. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.